The APEX ELECTRICAL MANUFACTURING COMPANY et al., Plaintiffs-Appellants, v. LANDERS, FRARY & CLARK, Defendant-Appellee.

No. 125.

Circuit Court of Appeals, Second Circuit.

Dec. 19, 1938.

Harry Frease, of Canton, Ohio, Isador Grossman, of Cleveland, Ohio, Joseph Frease, of Canton, Ohio (Paul Frantz, of Euclid, Ohio, of counsel), for appellants.

John P. Bartlett, of New York City (Richard Eyre, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree, 21 F.Supp. 241, affirmed.

John AZZI and Harry Azzi, an Infant under Fourteen Years of Age, by John Azzi, as His Guardian ad Litem, Plaintiffs-Appellees, v. BROOKLYN BUS CORPORATION, Defendant-Appellant.

No. 128.

Circuit Court of Appeals, Second Circuit.

Dec. 12, 1938.

George D. Yeomans, of Brooklyn, N. Y. (Ralph E. Hemstreet, of Brooklyn, N. Y., of counsel), for appellant.

Hall, Cunningham, Jackson & Haywood, of New York City (Francis G. Hoyt, of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Joseph C. BAJORAS, Appellant, v. UNITED STATES of America, Appellee.*

No. 6930.

Circuit Court of Appeals, Third Circuit.

Dec. 12, 1938.

John J. Cohen, of Pittsburgh, Pa., for appellant.

Charles F. Uhl, U. S. Atty., and George Mashank, Asst. U. S. Atty., both of Pittsburgh, Pa.

Before DAVIS, BIGGS, and BUFFINGTON, Circuit Judges.

PER CURIAM.

We can find no error in the record of this cause. The order revoking the probation of the appellant is affirmed.